1064

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 24 NY3d 903 (2014)].

In the Matter of EMPIRE STATE REALTY TRUST, INC. INVESTOR LITIGATION.

LEON MEYERS et al., Respondents, and MILDRED BLUTSTEIN et al., Intervenors-Plaintiffs-Appellants, v MALKIN HOLDINGS L.L.C. et al., Respondents.

Submitted November 3, 2014; decided December 17, 2014

Motion for reargument of motion for leave to appeal etc. denied [*see* 24 NY3d 946 (2014)].

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted November 3, 2014; decided December 17, 2014

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 936 (2014)].

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL DOLLISON, Appellant, v MICHAEL J. SPOSATO, Respondent.

Submitted November 3, 2014; decided December 17, 2014

Motion for reargument of motion for leave to appeal denied [*see* 23 NY3d 906 (2014)].

In the Matter of BRIAN D. PRICE, Respondent. NYP HOLDINGS INC., Doing Business as NEW YORK POST, Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted November 3, 2014; decided December 17, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of BRIAN D. PRICE, Respondent. NYP HOLDINGS INC., Doing Business as NEW YORK POST, Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted December 1, 2014; decided December 17, 2014

Motion by the New York News Publishers Association, Inc., et al. for leave to appear amici curiae on the motion for leave to appeal granted and the brief is accepted as filed.

In the Matter of PROTECT THE ADIRONDACKS! INC. et al., Appellants, v ADIRONDACK PARK AGENCY et al., Respondents.

Submitted November 10, 2014; decided December 17, 2014

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed the March 2013 Supreme Court order, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of STATE OF NEW YORK, Respondent, v ANTHONY N., Appellant.

Submitted September 29, 2014; decided December 17, 2014

Motion for leave to appeal granted. Motion for poor person relief granted.